Stephen R. Cornwell, CA Bar #40737
CORNWELL & SAMPLE, LLP
Attorneys at Law
7045 N. Fruit Avenue
Fresno, CA 93711-0761
Telephone: (559) 431-3142
Facsimile: (559) 436-1135

Peter Sean Bradley, CA Bar #109258
Law Office of Peter Sean Bradley
7045 N. Fruit Avenue
Fresno, CA 93711
Telephone: (559) 431-3142
Facsimile: (559) 436-1135

Attorneys for Plaintiff VERNON FRANKLIN

**(SPACE BELOW FOR FILING STAMP ONLY)**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON FRANKLIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF KINGSBURG; TIM RAY; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No.:1-18-CV-00824-AWI-SKO<br><br>**STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND ORDER**<br><br>**(Doc. 20)** |

1    IT IS HEREBY STIPULATED by and between the parties hereto through their
2  respective attorneys of record that Plaintiff may file a First Amended Complaint, a copy of
3  which is attached hereto.
4    IT IS FURTHER STIPULATED by and between the parties hereto through their
5  respective attorneys of record that Defendants will have thirty days from the filing of the
6  First Amended Complaint to file a response, whether by way of a responsive pleading or a
7  motion.

10 Dated: September 5, 2019            Respectfully submitted,

12                                      Peter Sean Bradley, Esq.

14                                      By: /s/ Peter Sean Bradley, Esq.
                                        Peter Sean Bradley, Esq.
15                                      Attorney for Plaintiff Vernon Franklin

18 Dated: September 6, 2019            Respectfully Submitted

20                                      Liebert Cassidy Whitmore

22                                      By:  /s/ Jesse J. Maddox
                                             Jesse J. Maddox
23                                           Attorneys for Defendants City of
                                             Kingsburg and Tim Ray

Stipulation and Order on Leave to File First Amended Complaint

# ORDER

Having reviewed the above Stipulation of the parties (Doc. 20), the Court hereby grants leave to file first amended complaint. Although the Court approves the parties' stipulation as it relates to the filing of an amended pleading, for purposes of docket management, the operative pleadings must be filed on the docket separately. Thus, Plaintiff must file his First Amended Complaint – the Court will not deem it filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within two (2) days from the date of this order, Plaintiff shall file a First Amended Complaint conforming to the proposed amended complaint filed as an exhibit to the parties' Stipulation; and

2. Within thirty (20) days from the filing of the First Amended Complaint, Defendants shall file a file a response, whether by way of a responsive pleading or a motion.

IT IS SO ORDERED.

Dated: **September 11, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

CORNWELL & SAMPLE LLP
7045 N. Fruit Avenue
Fresno, CA 93711