UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON FRANKLIN,<br><br>                    Plaintiff,<br><br>           v.<br><br>TIM RAY and CITY OF KINGSBURG,<br><br>                    Defendants. | No.  1:18-cv-00824-AWI-SKO<br><br>ORDER DIRECTING THE CLERK TO TERMINATE DEFENDANT TIM RAY<br><br>(Doc. 53) |

On May 17, 2022, the parties filed a stipulation dismissing Defendant Tim Ray, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).  (Doc. 53.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).  "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because the parties filed a stipulation of dismissal with prejudice under Rule

41(a)(1)(A)(ii), this case has automatically terminated as to Defendant Tim Ray.  Fed. R. Civ. P. 41(a)(1)(A).  Accordingly, the Clerk of the Court is directed to TERMINATE Defendant Tim Ray.

This case shall remain OPEN pending resolution of Plaintiff's case against the remaining defendant.

IT IS SO ORDERED.

Dated:   **May 20, 2022**                              /s/ *Sheila K. Oberto*
                                                                              UNITED STATES MAGISTRATE JUDGE